129 P.3d 1198
**March 3, 2006**

| 26701 | Meuse v. Tucker-Meuse | Affirmed |
| 26840 | State v. Koerte | Affirmed |

**March 6, 2006**

| 26119 | Olson v. Puhalauoo | Affirmed |
| 26354, 26498 | State v. Elicker | Vacated in part, Affirmed and Remanded |